# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

MARK H. KAEDING,

                            :

        Petitioner,                            Case No. 1:11-cv-121

                            :            District Judge Michael R. Barrett
     -vs-                                    Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
  Institution

                            :

        Respondent.

---

## TRANSFER ORDER

---

       With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

June 11, 2012.

                                     **s/ Michael R. Merz**
                                   United States Magistrate Judge