IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT CINCINNATI

MARK H. KAEDING,
:
      Petitioner,                                    Case No. 1:11-cv-121

:          District Judge Michael R. Barrett
    -vs-                                         Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,
:
      Respondent.

## ORDER TO SEAL

      This habeas corpus case is before the Court *sua sponte*.

      In order to protect the identity of the minor victim in this matter, the following documents on the docket are ordered sealed:

Doc. #1:       PETITION for Writ of Habeas Corpus, filed by Mark H. Kaeding,

Doc. #3:       MOTION to Appoint Counsel by Petitioner Mark H. Kaeding,

Doc. #4:       MOTION for Leave to Conduct Discovery by Petitioner Mark H. Kaeding,

Doc. #5:       MOTION for Evidentiary Hearing by Petitioner Mark H. Kaeding,

Doc. #13:     RETURN of Writ by Respondent Warden, Lebanon Correctional Institution,

Doc. #14:     NOTICE by Respondent Warden, Lebanon Correctional of filing of exhibits and transcripts,

Doc. #15:     MOTION for Rulings by Petitioner Mark H. Kaeding,

Doc. #23:     NOTICE of Exhaustion of State Remedies, and Petitioner's Request for Court Orders by Petitioner Mark H. Kaeding,

Doc. #31:     RETURN of Writ re Order Lifting Stay, Terminate Motions by Respondent Warden, Lebanon Correctional Institution,

Doc. #32:     NOTICE by Respondent Warden, Lebanon Correctional Institution re Return of Writ,

Doc. #35:     MOTION for Evidentiary Hearing by Petitioner Mark H. Kaeding,

Doc. #40:     MOTION for Leave to Conduct Additional Discovery by Petitioner Mark H. Kaeding, and,

Doc. #43:     REPLY to Respondent's Answer Supplemental Return of Writ by Petitioner Mark H. Kaeding.

The parties are ordered to refer to the victim in all future pleadings by her initials and not by her name.

September 10, 2012.

s/ Michael R. Merz
United States Magistrate Judge
