**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Mark H. Kaeding,

    Petitioner,

        v.                               Case No.   1:11cv121

Warden, Lebanon Correctional
Institution,                             Judge Michael R. Barrett

    Defendant.
.

## JUDGMENT IN A CIVIL CASE

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury.   The issues have been tried and the Jury has rendered its verdict.

**[ X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:   The Report and Recommendation (Doc. 45) is adopted; the Petitioner's Petition is DISMISSED with prejudice.  This matter is closed.

Date: September 30, 2013                 <u>John P. Hehman, Clerk</u>
                                            Clerk

                              By:       <u>*S/Barbara A. Crum*</u>
                                                  Deputy Clerk