## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

MARK H. KAEDING,

              Petitioner,

              -vs-

WARDEN, Lebanon Correctional
  Institution,

              Respondent.

:

:

:

Case No. 1:11-cv-121

District Judge Michael R. Barrett
Magistrate Judge Michael R. Merz

---

## REPORT AND RECOMMENDATIONS ON REQUEST TO FILE OBJECTIONS

---

This habeas corpus case is before the Court upon "Petitioner's Renewed Request to File Objection's to the Magistrate's Report and Recommendations" (Doc. No. 55).   Since the District Judge has entered judgment in the case adopting the Report and Recommendations (Doc. Nos. 56, 57), the Request is moot and should be denied on that basis.

October 1, 2013.

s/ *Michael R. Merz*
United States Magistrate Judge

1

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof.   Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).